# RESOLUTION OF R. INVESTMENTS, RLLP

We declare under penalty of perjury, that Travis Steffens is the Chief Executive Officer of R. Investments, RLLP, a Colorado registered limited liability partnership ("**RI**"), and that the following resolutions were duly, collectively and unanimously adopted by the partners of this partnership.

WHEREAS, it is in the best interests of RI to file a voluntary petition in the United States Bankruptcy Court for the District of Colorado pursuant to Chapter 11 of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that Travis Steffens, and the officers of RI are authorized and directed to execute and deliver all documents necessary to commence and file a voluntary chapter 11 bankruptcy case on behalf of RI and those documents that may be required or requested by the Office of the United States Trustee;

BE IT FURTHER RESOLVED, that Travis Steffens, and the officers of RI are authorized and directed to appear in all bankruptcy proceedings on behalf of RI and to otherwise do and perform all acts to execute and deliver all necessary documents on behalf of RI in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that Travis Steffens, and the officers of RI are authorized and directed on behalf of RI to engage and employ the law firm of Moye White LLP to act as its legal counsel and to represent RI in such bankruptcy case.

Dated: March 3, 2021

For R. Investments, RLLP

By: Travis Steffens
Role: Chief Executive Officer

By: Travis Steffens
Role: Ninety Nine Percent (99%) Partner in R. Investments, RLLP

By: Jessica Perrin
Role: One Percent (1%) Partner in R. Investments, RLLP