| Fill in this information to identify your case |
|---|

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1:   **R. Investments, RLLP**                        Case #   **20-11011-EEB**
            First Name    Middle Name    Last Name

Debtor 2:   _____               Chapter **11**
            First Name    Middle Name    Last Name

**Local Bankruptcy Form 1007-7.1**
**Disclosure Regarding Receivers**

**Check applicable box and complete the applicable sections.**

| Part 1 | **Disclosure** |

In a chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

☑ No receiver is in possession of debtor's property.
☐ A receiver is in possession of all or part of the debtor's property:
   Identification (by address or legal description) of property: _____
   Name of creditor: _____
   Name of receiver: _____
   Address for receiver: _____
   Telephone number for receiver: _____
   Attorney for receiver, if applicable: _____
   Address for attorney for receiver, if applicable: _____
   Telephone number for attorney for receiver, if applicable: _____
   Date of appointment of receiver: _____
   Court appointing receiver: _____
   Case Number for court appointing receiver: _____

| Part 2 | **Signature of Debtor's Attorney or Debtor (if unrepresented)** |

Dated:  **March 4, 2021**                By:  **/s/ Patrick R. Akers**
                                              **Patrick R. Akers**
                                              Signature

                                         Bar Number (if applicable):  **54803 CO**
                                         Mailing Address:  **1400 16th Street, 6th Floor**
                                                           **Denver, CO 80202-1486**
                                         Telephone number:  **(303) 292-2900**
                                         Facsimile number:  **(303) 292-4510**
                                         E-mail address:  **patrick.akers@moyewhite.com**