IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| R. INVESTMENTS, RLLP, | ) | Case No. 21-11011-EEB |
| EIN: 20-8043471 | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |

**SUPPLEMENTAL DECLARATION OF MICHAEL BENNETT IN SUPPORT OF DEBTOR'S CHAPTER 11 PETITION AND FIRST DAY RELIEF**

I, Michael Bennett, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I am the Chief Financial Officer of the Debtor, R. Investments, RLLP ("**Debtor**").

2. I hereby supplement my previously filed Declaration in Support of Debtor's Chapter 11 Petition and First Day Relief (Docket No. 5) (the "**First Day Declaration**").[1]

3. Attached as Exhibit A hereto is a revised budget after a detailed review of the Debtor's books and records.

4. Paragraph 47 is incorrect in that there are five (5) W2 employees who are employed by the Debtor who are owed prepetition wages as follows.

| Name | Role | Gross Amount Owed for 2/16 – 2/28 | Gross Amount Owed for 3/1-3/4 |
|---|---|---|---|
| Linda Byrd | Executive Assistant to the CEO | $2,333.34 | $602.07 |
| Christopher Fett | Chief Acquisitions Officer | $4,166.66 | $1075.27 |
| Glenn Grootegood | Operations Manager | $2,083.33 | $537.63 |
| Alexandria Lusk | HR and Payroll | $2,916.67 | $752.69 |
| Gina Milano | Chief Operating Officer | $3,750.00 | $967.74 |
| TOTAL | | $15,250.00 | $3,333.33 |

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the First Day Declaration.

1

5.      The gross amount of payroll for the pay period 2/16 through 2/28 is paid in the Debtor's ordinary course on March 9, 2021.  The gross amount owed for 3/1 through 3/4 will be paid, along with wages for 3/5 through 3/15, in the Debtor's ordinary course on March 24, 2021.

6.      With respect to medical, dental and vision insurance the Debtor pays approximately $5,000 per month (there was $4,936 incurred for the month of February).  With respect to ancillary benefits, e.g., life insurance, short term disability, accidental, the company incurs approximately $400 per month (there was $345 incurred for the month of February).  As of the Petition Date there are unreimbursed business expenses in the amount of $294 which the Debtor would like to include in its March 9, 2021 payroll in the ordinary course of its business.

7.      Also, for further clarification, attached as Exhibit B, is an organizational chart which helps show the Debtor's property interests and the Non-Debtor Affiliates.

Dated: March 5, 2021
Denver, Colorado

　　　　　　　　　　　　　　　　　　　　　/s/Michael Bennett
　　　　　　　　　　　　　　　　　　　　　Michael Bennett, CFO
　　　　　　　　　　　　　　　　　　　　　R. Investments, RLLP