**DEBTOR**



**DEBTOR'S OWNERSHIP INTERESTS**



\* Debtor owns 100% of Class A Units. Entity owns real property located at 3583 Alaska Avenue, Cincinnati, Ohio, known as "Dwell Apartments".

\*\* Debtor owns 100% of Class A Units. Entity owns real property located at 1905 Elmore Street, Cincinnati, Ohio, known as "Renaissance Apartments".

\*\*\*Debtor owns 100% of the Class C membership interests. Entity owns real property located at 2515 Burnet Avenue, Cincinnati Ohio, known as "Studio One Apartments". The Debtor is also the manager of UC Tower, LLC and holds an option to purchase the Studio One Apartments.

**DEBTOR'S MANAGER INTEREST**



\* Debtor is the Manager of this entity, which owns a hotel at 717 Spruce Lane, Nashville, TN.

4812-9707-1071.1

**DEBTOR'S LESSEE INTEREST**



*3001 University Drive, LLC holds a lease with Tampa Hotel Investments, LLC, of a hotel property located at 3001 University Center Drive, Tampa, FL.

4812-9707-1071.1

**NON-DEBTOR AFFILIATES**



*These entities are inactive.

4812-9707-1071.1