**Fill in this information to identify the case:**

Debtor name: **R. Investments, RLLP**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **21-11011**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **AMDC Holdings, LLC**<br>Creditor's Name<br><br>**1440 Blake Street #320**<br>**Denver, CO 80202**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Membership Interests in 1840 McCullough Avenue, LLC; R.I. Roselawn, LLC; and CAG /R Investments - Phoenix I, LLC**<br><br>**Describe the lien**<br>**Security Interest**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $0.00 | $0.00 |
| 2.2 | **Canvas Credit Union**<br>Creditor's Name<br><br>**P.O. Box 5238**<br>**Englewood, CO 80155**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br>**3801**<br>Do multiple creditors have an interest in the same property? | **Describe debtor's property that is subject to a lien**<br>**2016 Ford F150 - VIN 1FTEW1EG9GKF68441**<br><br>**Describe the lien**<br>**Security Interest**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $17,878.61 | $12,251.00 |

| Debtor | R. Investments, RLLP | Case number (if known) | 21-11011 |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Connexion Asset Group, LLC**
Creditor's Name

1440 Blake Street #320
Denver, CO 80202
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Membership Interest in 10701 Pecos Street Partners, LLC**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

$0.00    Unknown

---

**2.4** **DS VI, LLC**
Creditor's Name

94 Calle Olivine
Vega Alta, PR 00692
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All Assets, Sidewinder Construction System, Partnership Interest**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$5,021,040.41    Unknown

---

**2.5** **Specialty Credit Holdings, LLC**
Creditor's Name

2 Greenwich Plaza
Greenwich, CT 06830
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Membership Interest in U.C. Tower, LLC**

**Describe the lien**
**Security Interest**

$0.00    Unknown

---

| Debtor | **R. Investments, RLLP** | Case number (if known) | **21-11011** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $5,038,919.02

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | R. Investments, RLLP |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | 21-11011 |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Colorado Dep't of Labor and Employment**<br>**633 17th Street, Suite 201**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Colorado Dep't of Revenue**<br>**1375 Sherman Street, Room 504**<br>**Denver, CO 80261** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **R. Investments, RLLP**  
Name

Case number (if known) **21-11011**

### 2.3 Priority creditor's name and mailing address
**Internal Revenue Service**  
**P.O. Box 7346**  
**Philadelphia, PA 19101**

As of the petition filing date, the claim is: *Check all that apply.*  
☒ Contingent  
☐ Unliquidated  
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim: **Taxes**

Last 4 digits of account number

Is the claim subject to offset?  
☒ No  
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

### 2.4 Priority creditor's name and mailing address
**Ohio Department of Taxation**  
**4485 Northland Ridge Boulevard**  
**Columbus, OH 43229**

As of the petition filing date, the claim is: *Check all that apply.*  
☒ Contingent  
☐ Unliquidated  
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim: **Taxes**

Last 4 digits of account number

Is the claim subject to offset?  
☒ No  
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1 Nonpriority creditor's name and mailing address
**1905 Elmore Street Partners LLC**  
**Attn: R. Investments, RLLP**  
**1624 Market Street, Suite 226 #24937**  
**Denver, CO 80202**

Date(s) debt was incurred ___  
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ☒ No ☐ Yes

$48,191.25

### 3.2 Nonpriority creditor's name and mailing address
**3583 Alaska Avenue Partners LLC**  
**Attn: R. Investments, RLLP**  
**1624 Market Street, Suite 226 #24937**  
**Denver, CO 80202**

Date(s) debt was incurred ___  
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ☒ No ☐ Yes

$81,791.25

### 3.3 Nonpriority creditor's name and mailing address
**Alan Gillan**  
**3556 West 62nd Avenue**  
**Denver, CO 80221**

Date(s) debt was incurred **01/01/2016**  
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ☒ No ☐ Yes

$232,000.00

Debtor **R. Investments, RLLP**     Case number (if known) **21-11011**
Name

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**P.O. Box 981535**<br>**El Paso, TX 79998**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **2001** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit Card Purchases**<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,679.23** |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Andrea Simms**<br>**6929 South Eaton Street**<br>**Littleton, CO 80128**<br><br>Date(s) debt was incurred **02/26/2014**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No ☐ Yes | **$122,228.13** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Anne Myers**<br>**216 Rainbow Ridge Road**<br>**Canon City, CO 81212**<br><br>Date(s) debt was incurred **03/02/2015**<br>Last 4 digits of account number **5216** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No ☐ Yes | **$35,078.40** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Antero Law, LLC**<br>**1700 Broadway, Suite 640**<br>**Denver, CO 80290**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Professional Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,958.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Anthony Traurig and Melissa Zan Kirk**<br>**5 West Wesley Ridge**<br>**Atlanta, GA 30327**<br><br>Date(s) debt was incurred **04/25/2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No ☐ Yes | **$80,600.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Bass Public Affairs**<br>**2308 Mt. Vernon Avenue**<br>**Alexandria, VA 22301**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,500.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Bass, Berry & Sims PLC**<br>**150 Third Avenue South, Suite 2800**<br>**Nashville, TN 37201**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Attorneys' Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,738.44** |

| Debtor | R. Investments, RLLP | Case number (if known) | 21-11011 |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Bennett Thrasher P.C.**<br>**3300 Riverwood Parkway, Suite 700**<br>**Atlanta, GA 30339**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Professional Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | $12,500.00 |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Bruce Steffens**<br>**P.O. Box 205**<br>**South Fork, CO 81154**<br>Date(s) debt was incurred  05/20/2015<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No ☐ Yes | $39,947.33 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Chase Ink**<br>**P.O. Box 6294**<br>**Carol Stream, IL 60197**<br>Date(s) debt was incurred _<br>Last 4 digits of account number  5450 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit Card Purchases**<br>Is the claim subject to offset? ■ No ☐ Yes | $36,604.56 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Citizens Deposit Bank**<br>**3425 Valley Plaza Parkway**<br>**Fort Wright, KY 41017**<br>Date(s) debt was incurred  11/21/2018<br>Last 4 digits of account number  8821 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Guaranty**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,582,076.22 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Citizens Deposit Bank**<br>**3425 Valley Plaza Parkway**<br>**Fort Wright, KY 41017**<br>Date(s) debt was incurred  11/21/2018<br>Last 4 digits of account number  8818 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Guaranty**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,089,381.12 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Colorado Real Estate Hub**<br>**2320 Lafayette Street**<br>**Denver, CO 80205**<br>Date(s) debt was incurred  01/01/2019<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No ☐ Yes | $325,440.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Cragar Marketing Services 401K Plan**<br>**2231 East Camelback Road, Suite 215**<br>**Phoenix, AZ 85016**<br>Date(s) debt was incurred  08/24/2015<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Promissory Note**<br>Is the claim subject to offset? ■ No ☐ Yes | $981,726.03 |

| Debtor | R. Investments, RLLP | Case number (if known) | 21-11011 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Crystal Anderson**<br>**191 Sunnyside Lane**<br>**Alamosa, CO 81101**<br><br>Date(s) debt was incurred  **05/07/2014**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $119,536.85 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Deb Grass and John Kruse**<br>**3411 West 62nd Avenue**<br>**Denver, CO 80221**<br><br>Date(s) debt was incurred  **03/29/2016**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $596,000.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Dianna Kokoszka**<br>**117 Edge Water Cove**<br>**Lakeway, TX 78734**<br><br>Date(s) debt was incurred  **03/03/2015**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $122,200.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Edward Lee**<br>**840 Birds Mill Southeast**<br>**Marietta, GA 30067**<br><br>Date(s) debt was incurred  **12/17/2015**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $131,500.00 |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Edward Traurig**<br>**3550 Rembrandt Road Northwest**<br>**Atlanta, GA 30327**<br><br>Date(s) debt was incurred  **08/10/2015**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $650,850.00 |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Edward Traurig**<br>**3550 Rembrandt Road Northwest**<br>**Atlanta, GA 30327**<br><br>Date(s) debt was incurred  **09/21/2015**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $194,104.04 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Edward Traurig**<br>**3550 Rembrandt Road Northwest**<br>**Atlanta, GA 30327**<br><br>Date(s) debt was incurred  **12/09/2015**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $82,050.00 |

Debtor **R. Investments, RLLP**　　　Case number (if known) **21-11011**
Name

| 3.25 | **Nonpriority creditor's name and mailing address** <br> **Frost Brown Todd** <br> **400 West Market Street #3200** <br> **Louisville, KY 40202** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Professional Fees** <br> Is the claim subject to offset? ■ No  ☐ Yes | **$36,638.00** |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** <br> **Gayle Hakim** <br> **13538 Rostrata Road** <br> **Poway, CA 92064** <br><br> Date(s) debt was incurred **04/03/2015** <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Promissory Note** <br> Is the claim subject to offset? ■ No  ☐ Yes | **$149,874.24** |
| 3.27 | **Nonpriority creditor's name and mailing address** <br> **GL Enterprises LLC** <br> **P.O. Box 102136** <br> **Denver, CO 80250** <br><br> Date(s) debt was incurred **03/12/2018** <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> Basis for the claim: **Promissory Note** <br> Is the claim subject to offset? ■ No  ☐ Yes | **$1,549,369.95** |
| 3.28 | **Nonpriority creditor's name and mailing address** <br> **Heather Harrison** <br> **2300 Walnut Street #426** <br> **Denver, CO 80205** <br><br> Date(s) debt was incurred **09/01/2016** <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Promissory Note** <br> Is the claim subject to offset? ■ No  ☐ Yes | **$128,416.48** |
| 3.29 | **Nonpriority creditor's name and mailing address** <br> **Hillside Crossing, LLC** <br> **Attn: R. Investments, RLLP** <br> **1624 Market Street, Suite 226 #24937** <br> **Denver, CO 80202** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Loan** <br> Is the claim subject to offset? ■ No  ☐ Yes | **$15,614.00** |
| 3.30 | **Nonpriority creditor's name and mailing address** <br> **J.D. Ryan Investments, LLC** <br> **3220 West 62nd Avenue** <br> **Denver, CO 80222** <br><br> Date(s) debt was incurred **07/27/2015** <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: **Promissory Note** <br> Is the claim subject to offset? ■ No  ☐ Yes | **$3,144,034.00** |
| 3.31 | **Nonpriority creditor's name and mailing address** <br> **James M. Hay-Arthur** <br> **14880 Zuni Street** <br> **Broomfield, CO 80023** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> Basis for the claim: **Promissory Note** <br> Is the claim subject to offset? ■ No  ☐ Yes | **$2,800,000.00** |

| Debtor | R. Investments, RLLP | Case number (if known) | 21-11011 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Jessica Perrin**<br>**17532 West 60th Lane**<br>**Golden, CO 80403**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Loans**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $10,000.00 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Joel Condren**<br>**P.O. Box 87608**<br>**538 County Line Road #63**<br>**South Fork, CO 81154**<br><br>Date(s) debt was incurred  07/01/2016<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $178,178.79 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Joel Condren**<br>**P.O. Box 87608**<br>**538 County Line Road #63**<br>**South Fork, CO 81154**<br><br>Date(s) debt was incurred  07/11/2017<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $269,945.13 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**John Schofield**<br>**423 Prestwick Drive**<br>**Nashville, TN 37205**<br><br>Date(s) debt was incurred  12/30/2015<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $65,750.00 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Karen Booher**<br>**618 South Alkire Street**<br>**Lakewood, CO 80228**<br><br>Date(s) debt was incurred  02/15/2017<br>Last 4 digits of account number  4577 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $487,276.15 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Kevin K. Malof, Esq.**<br>**7365 East Kemper Road, Suite B**<br>**Cincinnati, OH 45249**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Professional Fees**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,775.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Kyle Kunkle**<br>**8253 East 24th Drive**<br>**Denver, CO 80238**<br><br>Date(s) debt was incurred  05/01/2017<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $231,095.72 |

| Debtor | R. Investments, RLLP | Case number (if known) | 21-11011 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Lauren Maestas**<br>**26429 Southwest 4th Road**<br>**Newberry, FL 32669**<br>Date(s) debt was incurred  **06/15/2016**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $23,611.75 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Level One Properties**<br>**4247 Main Street**<br>**Westminster, CO 80031**<br>Date(s) debt was incurred  **05/21/2015**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $56,000.00 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Level One Properties**<br>**4247 Main Street**<br>**Westminster, CO 80031**<br>Date(s) debt was incurred  **06/19/2019**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $68,000.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Lori Printz**<br>**139 Rio Vista Circle**<br>**South Fork, CO 81154**<br>Date(s) debt was incurred  **10/06/2015**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $32,564.38 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Margaret Balaz**<br>**3273 West 62nd Avenue**<br>**Denver, CO 80222**<br>Date(s) debt was incurred  **09/28/2015**<br>Last 4 digits of account number  **4098** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $64,879.79 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Margaret May**<br>**10834 Irving Court**<br>**Westminster, CO 80031**<br>Date(s) debt was incurred  **06/04/2009**<br>Last 4 digits of account number  **2812** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $685,895.50 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Marian Balaz**<br>**3273 West 62nd Avenue**<br>**Denver, CO 80222**<br>Date(s) debt was incurred  **07/28/2014**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $31,249.90 |

Debtor  **R. Investments, RLLP**                             Case number (if known)  21-11011
       Name

| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Matthew Baughman**<br>**11656 Leavenworth Drive**<br>**Conifer, CO 80433**<br><br>Date(s) debt was incurred  **01/16/2019**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $129,996.86 |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Matthew Baughman**<br>**11656 Leavenworth Drive**<br>**Conifer, CO 80433**<br><br>Date(s) debt was incurred  **05/16/2018**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $33,867.50 |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Midwestern Plumbing**<br>**3984 Bach Buxton Road**<br>**Cincinnati, OH 45102**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $6,290.00 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Myles and Katy Fitzgerald**<br>**1117 Calle Largo**<br>**Santa Fe, NM 87501**<br><br>Date(s) debt was incurred  **11/01/2016**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $934,842.33 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Myles and Katy Fitzgerald**<br>**1117 Calle Largo**<br>**Santa Fe, NM 87501**<br><br>Date(s) debt was incurred  **05/07/2020**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $161,072.28 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Nancy and Hugh McCullouh**<br>**375 St. Paul Street**<br>**Denver, CO 80206**<br><br>Date(s) debt was incurred  **02/01/2016**<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,883,808.22 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Nathan Myers**<br>**216 Rainbow Bridge Road**<br>**Canon City, CO 81212**<br><br>Date(s) debt was incurred  **07/23/2018**<br>Last 4 digits of account number  **8141** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Promissory Note**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $203,925.13 |

| Debtor | R. Investments, RLLP | Case number (if known) | 21-11011 |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Nicholas Lake**<br>**765 Harbor Isle Circle East**<br>**Memphis, TN 38103**<br>Date(s) debt was incurred  **08/02/2017**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Promissory Note**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $125,500.00 |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Northview Investments, LLC**<br>**2831 Umatilla Street**<br>**Denver, CO 80211**<br>Date(s) debt was incurred  **10/24/2014**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  **Promissory Note**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $2,333,187.56 |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Orlando Western Way, LLC**<br>**1521 Alton Road #861**<br>**Miami Beach, FL 33139**<br>Date(s) debt was incurred  **06/06/2018**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **Promissory Note**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $453,123.29 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Orlando Western Way, LLC**<br>**1521 Alton Road #861**<br>**Miami Beach, FL 33139**<br>Date(s) debt was incurred  **06/19/2018**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **Promissory Note**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $542,191.85 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Orlando Western Way, LLC**<br>**1521 Alton Road #861**<br>**Miami Beach, FL 33139**<br>Date(s) debt was incurred  **07/10/2018**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **Promissory Note**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $448,452.05 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Ralph Yammine**<br>**1521 Alton Road #861**<br>**Miami Beach, FL 33139**<br>Date(s) debt was incurred  **02/23/2016**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **Promissory Note**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $384,300.00 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Ralph Yammine**<br>**1521 Alton Road #861**<br>**Miami Beach, FL 33139**<br>Date(s) debt was incurred  **09/01/2017**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:**  **Promissory Note**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $319,860.27 |

Debtor **R. Investments, RLLP**     Case number (if known) **21-11011**
     Name

| 3.60 | **Nonpriority creditor's name and mailing address**<br>**RARO, LLC**<br>**13791 East Rice Place #102**<br>**Aurora, CO 80015**<br>Date(s) debt was incurred **03/09/2018**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Promissory Note**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$809,174.57** |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**RARO, LLC**<br>**13791 East Rice Place #102**<br>**Aurora, CO 80015**<br>Date(s) debt was incurred **10/05/2017**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Promissory Note**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$823,789.83** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**RARO, LLC**<br>**13791 East Rice Place #102**<br>**Aurora, CO 80015**<br>Date(s) debt was incurred **04/14/2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Promissory Note**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$554,367.12** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**RARO, LLC**<br>**13791 East Rice Place #102**<br>**Aurora, CO 80015**<br>Date(s) debt was incurred **05/07/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Promissory Note**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$780,808.72** |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Renovatio Capital, LLC**<br>**28140 Alfred Moore Court**<br>**Bonita Springs, FL 34135**<br>Date(s) debt was incurred **01/14/2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Promissory Note**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$670,323.51** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Rhonda Higgins**<br>**3340 West 62nd Avenue**<br>**Denver, CO 80221**<br>Date(s) debt was incurred **03/25/2013**<br>Last 4 digits of account number **2843** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Promissory Note**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$771,640.00** |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Richard Paul and Margaret May**<br>**10834 Irving Court**<br>**Westminster, CO 80031**<br>Date(s) debt was incurred **10/15/2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Promissory Note**<br>Is the claim subject to offset? ■ No   ☐ Yes | **$547,836.91** |

| Debtor | R. Investments, RLLP | Case number (if known) | 21-11011 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Richard Paul May**<br>**10834 Irving Court**<br>**Westminster, CO 80031**<br>Date(s) debt was incurred  **06/04/2009**<br>Last 4 digits of account number  **2813** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Promissory Note**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $195,150.84 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Robert Theurer**<br>**9159 Fox Fire Way**<br>**Highlands Ranch, CO 80129**<br>Date(s) debt was incurred  **11/12/2015**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Promissory Note**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $59,696.12 |
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Robert Theurer**<br>**9159 Fox Fire Way**<br>**Highlands Ranch, CO 80129**<br>Date(s) debt was incurred  **11/15/2015**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Promissory Note**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $58,000.00 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Robert Theurer**<br>**9159 Fox Fire Way**<br>**Highlands Ranch, CO 80129**<br>Date(s) debt was incurred  **11/15/2015**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Promissory Note**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $66,161.38 |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Rolla Boys, LLC**<br>**1101 West Mineral Avenue, Suite 101**<br>**Littleton, CO 80120**<br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Judgment**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $782,740.97 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Ryan Floyd**<br>**13794 East Caley Drive**<br>**Centennial, CO 80111**<br>Date(s) debt was incurred  **09/15/2016**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Promissory Note**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $253,057.00 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Ryan Floyd**<br>**13794 East Caley Drive**<br>**Centennial, CO 80111**<br>Date(s) debt was incurred  **03/20/2017**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Promissory Note**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $431,257.55 |

Debtor **R. Investments, RLLP**  Case number (if known) **21-11011**
Name

| 3.74 | **Nonpriority creditor's name and mailing address** **Ryan Floyd** **13794 East Caley Drive** **Centennial, CO 80111** Date(s) debt was incurred  **05/18/2017** Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Promissory Note** Is the claim subject to offset? ■ No  ☐ Yes | $472,000.00 |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** **Ryan Floyd** **13794 East Caley Drive** **Centennial, CO 80111** Date(s) debt was incurred  **04/05/2018** Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Promissory Note** Is the claim subject to offset? ■ No  ☐ Yes | $1,121,140.89 |
| 3.76 | **Nonpriority creditor's name and mailing address** **Ryan Floyd** **13794 East Caley Drive** **Centennial, CO 80111** Date(s) debt was incurred  **12/07/2018** Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Promissory Note** Is the claim subject to offset? ■ No  ☐ Yes | $205,800.00 |
| 3.77 | **Nonpriority creditor's name and mailing address** **Ryan Floyd** **13794 East Caley Drive** **Centennial, CO 80111** Date(s) debt was incurred  **12/07/2018** Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Promissory Note** Is the claim subject to offset? ■ No  ☐ Yes | $150,000.00 |
| 3.78 | **Nonpriority creditor's name and mailing address** **Samurai Success** **4506 Louisiana Avenue** **Denver, CO 80246** Date(s) debt was incurred  **05/12/2015** Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Promissory Note** Is the claim subject to offset? ■ No  ☐ Yes | $120,286.69 |
| 3.79 | **Nonpriority creditor's name and mailing address** **Samurai Success** **4506 Louisiana Avenue** **Denver, CO 80246** Date(s) debt was incurred  _ Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Trade Debt** Is the claim subject to offset? ■ No  ☐ Yes | $408,607.51 |
| 3.80 | **Nonpriority creditor's name and mailing address** **Syllatrex International, Inc.** **10 North Main Street #207** **West Hartford, CT 06107** Date(s) debt was incurred  _ Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Trade Debt** Is the claim subject to offset? ■ No  ☐ Yes | $1,245.58 |

| Debtor | R. Investments, RLLP | Case number (if known) | 21-11011 |
|---|---|---|---|
| | Name | | |

| 3.81 | **Nonpriority creditor's name and mailing address**<br>Tenenbaum Law Group<br>1101 K Street Northwest, Suite 700<br>Washington, DC 20005<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Attorneys' Fees<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $1,921.83 |
|---|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address**<br>Thomas Booher<br>618 South Alkire Street<br>Lakewood, CO 80228<br><br>Date(s) debt was incurred  09/28/2018<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Promissory Note<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $112,500.00 |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>Thomas Booher<br>618 South Alkire Street<br>Lakewood, CO 80228<br><br>Date(s) debt was incurred  01/20/2020<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Promissory Note<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $199,060.00 |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>Thomas Payn<br>66 Royalann Drive<br>Greenwood Village, CO 80111<br><br>Date(s) debt was incurred  06/24/2016<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Promissory Note<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $174,625.00 |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>U.C. Tower, LLC<br>Attn: R. Investments, RLLP<br>1624 Market Street, Suite 226 #24937<br>Denver, CO 80202<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loan<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $201,084.00 |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>William Travis Steffens<br>1441 Little Raven Street #17001<br>Denver, CO 80202<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Loans<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | $194,492.50 |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | Marilyn N. Carol<br>323 Bellevue Drive 14<br>Boulder, CO 80302 | Line  3.71<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | R. Investments, RLLP | Case number (if known) | 21-11011 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Robert P. Weaver**<br>**323 Bellevue Drive Apartment 1**<br>**Boulder, CO 80302** | Line **3.71**<br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---:|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 34,784,035.49 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.  $ | 34,784,035.49 |