Fill in this information to identify the case:

Debtor name: **R. Investments, RLLP**
United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
Case number (if known): **21-11011**

☒ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Citizens Deposit Bank** 3425 Valley Plaza Parkway Fort Wright, KY 41017 | | Guaranty | Contingent | | | $1,582,076.22 |
| **Citizens Deposit Bank** 3425 Valley Plaza Parkway Fort Wright, KY 41017 | | Guaranty | Contingent | | | $1,089,381.12 |
| **Cragar Marketing Services 401K Plan** 2231 East Camelback Road, Suite 215 Phoenix, AZ 85016 | | Promissory Note | Disputed | | | $981,726.03 |
| **Deb Grass and John Kruse** 7995 Swaps Trail Evergreen, CO 80439 | | Promissory Note | | | | $606,500.00 |
| **Edward Traurig** 63 Twin Oaks Circle SE Smyrna, GA 30080 | | Promissory Note | | | | $650,850.00 |
| **GL Enterprises LLC** 8860 South Duquesne Court Aurora, CO 80016 | | Promissory Note | Disputed | | | $1,549,369.95 |
| **J.D. Ryan Investments, LLC** 3220 West 62nd Avenue Denver, CO 80222 | | Promissory Note | | | | $3,144,034.00 |

| Debtor | R. Investments, RLLP | | Case number *(if known)* | 21-11011 |
|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| James M. Hay-Arthur 14880 Zuni Street Broomfield, CO 80023 | | Promissory Note | Disputed | | | $2,800,000.00 |
| Margaret May 10834 Irving Court Westminster, CO 80031 | | Promissory Note | | | | $694,865.00 |
| Myles and Katy Fitzgerald 1117 Calle Largo Santa Fe, NM 87501 | | Promissory Note | | | | $951,839.47 |
| Nancy and Hugh McCullouh 375 St. Paul Street Denver, CO 80206 | | Promissory Note | | | | $1,883,808.22 |
| Northview Investments, LLC 2831 Umatilla Street Denver, CO 80211 | | Promissory Note | | | | $2,208,303.56 |
| RARO, LLC 8860 South Duquesne Court Aurora, CO 80016 | | Promissory Note | Disputed | | | $823,789.83 |
| RARO, LLC 8860 South Duquesne Court Aurora, CO 80016 | | Promissory Note | Disputed | | | $809,174.57 |
| RARO, LLC 8860 South Duquesne Court Aurora, CO 80016 | | Promissory Note | Disputed | | | $780,808.72 |
| Renovatio Capital, LLC 28140 Alfred Moore Court Bonita Springs, FL 34135 | | Promissory Note | | | | $670,323.51 |
| Rhonda Higgins 3340 West 62nd Avenue Denver, CO 80221 | | Promissory Note | | | | $602,191.88 |
| Richard Paul and Margaret May 10834 Irving Court Westminster, CO 80031 | | Promissory Note | | | | $559,178.95 |
| Rolla Boys, LLC 1101 West Mineral Avenue, Suite 101 Littleton, CO 80120 | | Judgment | | | | $782,740.97 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

| Debtor | R. Investments, RLLP | | Case number *(if known)* | 21-11011 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ryan Floyd**  **13794 East Caley Drive**  **Centennial, CO 80111** | | **Promissory Note** | | | | **$1,121,140.89** |