**Fill in this information to identify the case:**

Debtor name: **R. Investments, RLLP**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known): **21-11011**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................... $ **1,556,851.61**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................... $ **1,556,851.61**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **5,644,789.02**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **35,080,328.75**

4. **Total liabilities** ...................................................................................................................................
    Lines 2 + 3a + 3b $ **40,725,117.77**