IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 21-11011-EEB |
| | ) | |
| R. INVESTMENTS, RLLP, | ) | Chapter 11 |
| EIN: 20-8043471 | ) | |
| | ) | |
| Debtor. | ) | |

## AMENDED WITNESS AND EXHIBIT LIST

R. Investments, RLLP (the "**Debtor**"), by and through its undersigned counsel, for its *Amended Witness and Exhibit List* (the "**Witness & Exhibit List**") for the evidentiary hearing on the Debtor's *Amended Plan of Reorganization Dated August 16, 2021* [Docket No. 251] (the "**Plan**") and DS VI, LLC's *Objection to Confirmation of the Debtor's Amended Chapter 11 Plan of Reorganization Dated August 16, 2021* [Docket No. 272] set for March 7, 2022 at 9:30 PM MT before the Honorable Elizabeth E. Brown, U.S. Bankruptcy Court, 721 19th Street, Courtroom F, Fifth Floor, Denver, Colorado 80202.

### WITNESSES

The Debtor *will* call the following witnesses at the Hearing:

1. Mr. William Travis Steffens, CEO and member of the Debtor and the Non-Debtor Affiliates.[1] Mr. Steffens will testify as to the structure of the business plan and future deals, including the amount of the acquisition, asset management, software licensing, management, and construction fees; the process by which the Debtor identifies and selects properties; his relationship with property-level investors; and opportunities presently pursued by the Debtor and the Non-Debtor Affiliates.

---

[1] Capitalized terms not defined herein shall have their same meaning as set forth in the Plan.

2. Ms. Gina Milano, COO for the Debtor and certain Non-Debtor Affiliates. Ms. Milano will testify as to past projects, including Fox Run and Matador North Apartments and Waterfront Terrace; the current acquisition of the Mill Street Village property located in Athens, Ohio; operations at current properties in which the Debtor and the Non-Debtor Affiliates generate revenue; the lawsuit against certain insurers in the Circuit Court for Baltimore County, Maryland, Case No. C-03-CV-20-003979; the status of certain tax rebates; and other forms of revenue collected by the Debtor and the Non-Debtor Affiliates.

3. Mr. Sudhin Roy, Kinetic Advisors LLC. Mr. Roy will testify as to the projections in the *Amended Disclosure Statement in Support of Amended Chapter 11 Plan of Reorganization Dated August 16, 2021* [Docket No. 256-2]; and the market cost of capital for the deals the Debtor intends to finance under the Plan.

The Debtor ***may*** call the following witnesses at the Hearing:

1. Mr. Michael Bennett, CFO of the Debtor and certain Non-Debtor Affiliates. Mr. Bennett may testify as to the financial condition and documents of the Debtor and certain Non-Debtor Affiliates.

2. Mr. William O. Brisben. Mr. Brisben may testify about his equity investment in the Athens, Ohio deal; and his desire to finance other deals with the Debtor at similar terms.

3. Any witness listed or used by any other party.

4. Any witness necessary to rebut the testimony of a witness called or designated by another party.

5. Any witness for the purpose of foundation, rebuttal, or impeachment.

6. Any other witnesses present at the Hearing the Debtor deems necessary.

**EXHIBITS**

The Debtor may introduce the following exhibits at the Hearing:

1. Any exhibit enumerated on <u>Attachment 1</u> to this Witness & Exhibit List.

2. Any exhibit or demonstrative designated or used by any other party, and to which the Debtor does not object to its admissibility.

3. Any exhibits necessary to rebut the testimony of witnesses called or designated by another party or the evidence or arguments presented by another party.

**RESERVATION OF RIGHTS**

The Debtor reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing, including, but not limited to, designating other witnesses under F.R.C.P. 26(a)(2) as incorporated by Fed. R. Bankr. P. 7026.

Dated: March 2, 2022

*/s/ Patrick R. Akers*
Timothy M. Swanson (47267)
Patrick R. Akers (54803)
MOYE WHITE LLP
1400 16th Street, Suite 600
Denver, Colorado 80202
(303) 292-2900
(303) 292-4510 (facsimile)
tim.swanson@moyewhite.com
patrick.akers@moyewhite.com

*Counsel for the Debtor*

**Attachment 1**

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 1 | Past Performance P&L | | | |
| 2 | 1840 McCullough Avenue, LLC Operating Agreement | | | |
| 3 | Fox Run & Matador North Settlement Statement | | | |
| 4 | Fox Run Property Management Agreement | | | |
| 5 | Matador North Property Management Agreement | | | |
| 6 | Fox Run Income Statement | | | |
| 7 | Matador North Income Statement | | | |
| 8 | Fox Run Stabilization Figures | | | |
| 9 | Matador North Stabilization Figures | | | |
| 10 | A.V. Indy 1, LLC Operating Agreement | | | |
| 11 | Waterfront Terrace Settlement Statement | | | |
| 12 | Athens Investment Overview | | | |
| 13 | Athens Investment Packet | | | |
| 14 | Athens Term Sheet | | | |
| 15 | Athens Escrow Payment #1 | | | |
| 16 | LOI for Abe's Motel & Fly Shop | | | |
| 17 | LOI for America's Best Inn | | | |
| 18 | LOI for Best Airport Inn | | | |
| 19 | LOI for Days Inn | | | |
| 20 | 3583 Alaska Avenue Partners, LLC Operating Agreement | | | |
| 21 | Dwell Income Statement | | | |
| 22 | Dwell Stabilization Figures | | | |
| 23 | 1905 Elmore Street Partners, LLC Operating Agreement | | | |
| 24 | Renaissance Income Statement | | | |
| 25 | Renaissance Stabilization Figures | | | |
| 26 | Dwell/Renaissance Estimated Sale Proceeds | | | |

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 27 | 3501 E Independence Place Operator, LLC Operating Agreement | | | |
| 28 | Independence Place Hotel Lease Agreement | | | |
| 29 | Independence Place Income Statement | | | |
| 30 | Independence Place Property Management Agreement | | | |
| 31 | Independence Place Stabilization Projections | | | |
| 32 | 3001 University Center Drive, LLC Operating Agreement | | | |
| 33 | Karma Nest Hotel Lease Agreement | | | |
| 34 | Karma Nest Income Statement | | | |
| 35 | Karma Nest Property Management Agreement | | | |
| 36 | Karma Nest Stabilization Figures | | | |
| 37 | Karma Nest Stabilization Projections | | | |
| 38 | Studio One Income Statement | | | |
| 39 | Studio One Property Management Agreement | | | |
| 40 | Studio One Airbnb Collections | | | |
| 41 | Studio One Stabilization Figures | | | |
| 42 | Hillside Crossing, LLC Operating Agreement | | | |
| 43 | Hillside Crossing, LLC Option Agreement | | | |
| 44 | Hillside Crossing Airbnb Collections | | | |
| 45 | South Point Village Property Management Agreement | | | |
| 46 | South Point Village Income Statement | | | |
| 47 | United Tiny Homes Term Sheet (December 21, 2021) | | | |
| 48 | United Tiny Homes Term Sheet (January 10, 2022) | | | |

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 49 | Tax Rebate Status | | | |
| 50 | Insurance Complaint | | | |
| 51 | Amended Disclosure Statement | | | |
| 52 | Proposed Second Amendment Plan | | | |
| 53 | Purchase and Sale of Leasehold Interest Agreement (Athens) | | | |
| 54 | Abe's Fly Shop and Motel Investment Packet | | | |
| 55 | RI Projections (2022-02-22) | | | |
| 56 | Amended and Restated Operating Agreement for Hillside Crossing, LLC | | | |
| 57 | First Amended Operating Agreement for 1840 McCullough Avenue, LLC | | | |
| 58 | United Tiny Homes II, LLC Operating Agreement | | | |
| * | Any pleading, order, or document filed or entered in this case | | | |
| * | Any exhibit offered or listed by another party | | | |
| * | Any exhibit for purposes of rebuttal or impeachment | | | |

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2022, I caused the foregoing *Amended Witness and Exhibit List* to be served via CM/ECF to all parties that have filed electronic appearances and requested service in this case.

/s/ Patrick R. Akers
Patrick R. Akers