## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 21-11011-EEB |
| | ) | |
| R. INVESTMENTS, RLLP, | ) | Chapter 11 |
| EIN: 20-8043471 | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER APPROVING SILVER & BROWN, P.C.'S FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES

This matter having come before the Court upon Silver & Brown, P.C.'s ("**S&B**") First and Final Application for Allowance of Fees and Expenses (the "**Application**"), and the Court having considered the Application, finding cause for granting the requested relief, and finding that no prejudice will exist in granting the Application; it is hereby

ORDERED that the Application is GRANTED.

FURTHER ORDERED that S&B shall be allowed fees in the amount of $67,500.00.

FURTHER ORDERED that S&B is awarded reimbursement of expenses in the amount of $465.00.

FURTHER ORDERED that the fees and expenses awarded herein are approved on a final basis and are not subject to any holdback.

IT IS SO ORDERED.

Dated:  December 20, 2022

Elizabeth E. Brown
United States Bankruptcy Judge