## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 21-11011-EEB |
| | ) | |
| R. INVESTMENTS, RLLP, | ) | Chapter 11 |
| EIN: 20-8043471 | ) | |
| | ) | |
| Debtor. | ) | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM 35-1

Notice is hereby given that, in accordance with Rule 3006 of the Federal Rules of Bankruptcy Procedure and the Court's December 20, 2022 *Order Granting Motion to Compromise and Settle with Arshia Inc., Dash 163 LLC, Certain Underwriters at Lloyd's, London, FLECTAT, LTD., All Risks, Ltd., and McEver & Tribble, Inc.*, Dash 163 LLC withdraws its Proof of Claim No. 35-1, which was filed in the above-captioned bankruptcy case on August 30, 2021.

Dated: January 20, 2023

Respectfully submitted,

_____
Michael English
Managing Member, Dash 163 LLC
1272 Loggerhead Lane
Knoxville, Tennessee 37932
(972) 979-7978
bobenglishmail@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on January 22, 2023, a copy of the foregoing *Notice of Withdrawal of Proof of Claim 35-1* was served via the Court's CM/ECF system on all parties entitled to notice thereof.

/s/ Patrick R. Akers
Patrick R. Akers